UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**DERRICK DUJUAN GREATHOUSE,**

    Movant,

v.                                             Civil Action No. 2:16-cv-01611
                                             Criminal Action No. 2:13-cr-00278

**UNITED STATES OF AMERICA,**

    Respondent.

## MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Omar J. Aboulhosn entered on September 14, 2018; and the magistrate judge having recommended that the court deny movant Derrick Dujuan Greathouse's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody and remove this matter from the court's docket; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that the findings made in the Proposed Findings and Recommendation of the magistrate judge be, and they hereby are, adopted by the court and incorporated herein and that movant Derrick Dujuan Greathouse's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody be, and it hereby is, denied.

It is, therefore, ORDERED that the movant's complaint be, and it hereby is, dismissed.

The Clerk is directed to forward copies of this written opinion and order to the movant, all counsel of record, and the United States Magistrate Judge.

ENTER: December 20, 2018

John T. Copenhaver, Jr.
Senior United States District Judge